Nov. Term,
1861.

CHANDLER and Others *v.* DAVIS.

JAY
v.
THE INDIAN-
APOLIS, &c.
RAILROAD Co.

*Friday,*
*December* 6.

APPEAL from the *Shelby* Circuit Court.

*Per Curiam.*—The judgment in this case must be reversed, on the authority of *Chandler et al.* v. *Caldwell, ante,* p. 256; and *Brisco* v. *Askey,* 12 Ind. 666. See *Fillson* v. *Scott,* 15 Ind. 187; *Graydon* v. *Barlow, id.* 197; *Witherow* v. *Higgins,* 13 Ind. 440.

The judgment is reversed, with costs. Cause remanded, &c

*R. A. Riley* and *R. L. Walpole,* for the appellants.